**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

GREGORY GILLILAN, :
:
    Plaintiff, :
:
v. : 1:06-CV-175 (WLS)
:
JOHN SCOTT GARMON, :
:
:
    Defendants. :
_____:

## **O R D E R**

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 9), filed June 26, 2007. It is recommended that Defendant's motion to dismiss (Doc. No. 6) be granted. Plaintiff has not filed a timely, or any, objection to the Report and Recommendation.

    Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendant's motion to dismiss (Doc. Nos. 9) is **GRANTED.** Plaintiff's complaint (Doc. No. ) is **DISMISSED.**

    SO ORDERED, this  7th  day of August, 2007.

                                          /s/W. Louis Sands
                                          **W. Louis Sands, Judge
                                          United States District Court**